IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOSE RAMIREZ-AVILA, )<br>)<br>Defendant. ) | REDACTED<br><br>Criminal Action No. 05-46 |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about April 28, 2005, in the District of Delaware, Jose Ramirez-Avila, the defendant, an alien and subject of Mexico, who had been deported from the United States on or about October 22, 2001, November 3, 2001, and September 8, 2003, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a)(2) and (b)(2).

A TRUE BILL:

▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 5-12-05