IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05- 46 |
| | ) | |
| JOSE RAMIREZ-AVILA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Jose Ramirez-Avila, as a result of the Indictment returned against her on May 12, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 5-12-05

AND NOW, this __12__ day of __May__, 2005, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of JOSE RAMIREZ-AVILA.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge