*FILED IN OPEN*
*COURT 6/21/05 KTC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Criminal Action No. 05-64-KAJ |
| JOSE RAMIREZ-AVILLA, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (**check all that apply**):

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release that will reasonably assure (**check one or both**):

    __X___ Defendant's appearance as required

JUN 2 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____ Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States will not invoke the rebuttable presumption against defendant under § 3142(e).  The presumption applies because **(check one or both)**:

____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the Court conduct the detention hearing:

_____ At first appearance

__X__ After continuance of ____3____ days

DATED this 21st day of June, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:     _____
April M. Byrd
Assistant United States Attorney