UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. CR 05-46 KAJ |
| vs. | ) |
| Jose Ramirez-Avila | ) |
| Defendant. | ) |

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on June 23, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until ~~Fri.~~ August 4, 2005 The time between the date of this order and August 4, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney