AO 442  (Rev. 5/93) Warrant for Arrest

## UNITED STATES DISTRICT COURT

District of      DELAWARE

UNITED STATES OF AMERICA

V.

Jose Ramirez-Avila

**WARRANT FOR ARREST**

Case Number:      CR 05-46

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      __JOSE RAMIREZ-AVILA__
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her     (brief description of offense)

REENTRY AFTER FELONY CONVICTION AND SUBSEQUENT DEPORTATION

in violation of      8      United States Code, Section(s)      1326(a) and (b)(1)

Peter T. Dalleo                                   Clerk, United States District Court
Name of Issuing Officer                          Title of Issuing Officer

_Evetts Wata[signature]_                 May 13, 2005 in Wilmington, DE
Signature of Issuing Officer                      Date and Location

**FILED**
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bail fixed at $ _____ by _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

_Jose Ramirez-Avila_

| DATE RECEIVED 5-13-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-21-05 | William David, DUSM | William [signature] |